943 So.2d 1099 (2006)
Billie Lorain BARKER, James Barry Touchstone, Leta Faye Floyd, and Kathleen Sloan
v.
SCHINDLER ELEVATOR CORP.; Tri-State Schindler Elevator Company; Hollywood Casino Shreveport; Shreveport Paddlewheels, L.L.C.; H.C.S., I, Inc.; H.C.S., II, Inc.; Broadmoor/Roy Anderson Corp., a Joint Venture; Broadmoor L.L.C.; and Roy Anderson Corp.
No. 2006-CC-2416.
Supreme Court of Louisiana.
December 8, 2006.
Denied.
TRAYLOR, J., would grant the writ.